

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA CULVER,<br>Plaintiff,<br>v.<br>TIFFANY BURTON, et al.,<br>Defendants. | Case No. CV 14-02429 (SS)<br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On March 31, 2014, Defendants Tiffany Burton and William Burton, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed.

To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Defendants' notice of removal asserts that removal is proper based upon federal question jurisdiction. (Notice at 3). However, a review of the Notice reveals that if any federal question exists, it exists only as an affirmative defense. (Notice at 3-4). Accordingly, the action cannot be removed to federal court. Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 808 (1986) ("[a] defense that raises a federal question is inadequate to confer federal jurisdiction.").

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 1725 Main Street Avenue, Santa Monica, CA 90401, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED

DATED: April 20, 2014

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE